**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Alex Reyes and Carlos Lastra, *on behalf of themselves and others similarly situated*, <br><br>*Plaintiffs*, <br><br>-against- <br><br>Crystal Window & Door Systems, LTD., <br><br>*Defendant.* | Case No. 1:23-cv-02578-RPK-JRC <br><br>**JUDGMENT** |

A Notice of Acceptance of a Rule 68 Offer of Judgment having been filed by plaintiffs Alex Reyes and Carlos Lastra ("Plaintiffs") on February 4, 2025 accepting the February 4, 2025, Offer of Judgment from defendant Crystal Window & Door Systems, LTD. ("Defendant") to allow judgment against them in favor of Plaintiffs in the amount of $15,000.00, inclusive of all damages, interest, costs and attorneys' fees incurred by Plaintiffs, it is

**ORDERED and ADJUDGED** that judgment is entered in favor of Plaintiffs Alex Reyes and Carlos Lastra and against Defendant, Crystal Window & Door Systems, LTD., in the total amount of $15,000.00, inclusive of all damages, interest, costs and attorneys' fees incurred by Plaintiffs; and that this case is closed.

Dated: Brooklyn, New York

February 12, 2025

BRENNA B. MAHONEY
CLERK OF COURT

by *Jalitza Poveda*
Deputy Clerk